UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRIS CANTLEY,

          Plaintiff,

   v.

MARK STRONG,

          Defendant.

CASE NO. C16-5536 RBL-DWC

ORDER TO SHOW CAUSE

Plaintiff Chris Cantley who is housed at the Special Commitment Center and is proceeding *pro se*, filed a Motion to Proceed *In Forma Pauperis* (IFP). Dkt. 2. Plaintiff states he has approximately $1,000.00 in his resident account and $1,300.00 in his savings account. *Id.*

Based on the information supplied to the Court, plaintiff can afford the $400.00 filing fee. Therefore, plaintiff is ordered to show cause why his Motion to Proceed IFP should not be denied. Plaintiff must respond to this order to show cause on or before July 29, 2016. In the alternative, plaintiff may pay the $400.00 filing fee before that date.

ORDER TO SHOW CAUSE - 1

1  Failure to show cause or pay the amount shall be deemed a failure to properly prosecute
2  this matter and the Court may recommend dismissal of this matter.
3  Dated this 29th day of June, 2016.

David W. Christel
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2