UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRIS CANTLEY,

                            Plaintiff,

        v.

MARK STRONG,

                            Defendant.

No.  3:16-CV-05536-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation [Dkt. #8].

(2)     Plaintiff's request to dismiss the Complaint without prejudice [Dkt. #7] is granted. The Complaint is dismissed and all pending motions are denied as moot.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 23rd day of August, 2016.


_____
Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1