Honorable Ronald B. Leighton
Honorable David W. Christel

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CALVIN MALONE, ) | |
| ) | |
| Plaintiff, ) | NO. 16-CV-05284-RBL-DWC |
| ) | |
| vs. ) | ORDER ADDING PARTIES AND |
| ) | CONSOLIDATING CASES |
| MARK STRONG and BILL VAN HOOK, ) | |
| ) | |
| Defendants. ) | |

THIS MATTER having come on before this Court on the parties' stipulated motion to add as plaintiffs to this case additional individuals who have allegedly been affected by the water contamination problems at the SCC but who do not presently have cases pending before the Court and to consolidate previously filed cases regarding the water issues into this case; the Court having determined that the request is justified and appropriate, and the Court deeming itself fully advised in this matter, NOW, THEREFORE, it is hereby

ORDER ADDING PARTIES AND
CONSOLIDATING CASES - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

ORDERED that the following individuals be and are hereby added as plaintiffs to this case, or, if a case was previously filed, those cases are consolidated with this case:

|     | **Name** | **Case No, if Applicable** |
| --- | --- | --- |
| 1.  | Abellera, Franklin D. |     |
| 2.  | Ackley, David G. |     |
| 3.  | Aguilar, Rolando |     |
| 4.  | Allen, James S. |     |
| 5.  | Alsteen, Douglas A. |     |
| 6.  | Anderson, John C. |     |
| 7.  | Anderson, Stanford N. |     |
| 8.  | Andrews, Daniel |     |
| 9.  | Aschenbrenner, Billy |     |
| 10. | Ayers, Lenier R. |     |
| 11. | Azeem, Mikaeel<br>aka Williams, Lawrence | *16-CV-05553-RBL<br>*17-CV-05196-RBL-DWC |
| 12. | Bargas, Michael |     |
| 13. | Bean, Chad | 17-CV-05121-RBL-DWC |
| 14. | Belcher, Troy E. | 17-CV-05137-RBL-DWC |
| 15. | Bettys, John E. |     |
| 16. | Black, Mark A. |     |
| 17. | Botner, Shawn D. |     |
| 18. | Boynton, Jeshuel |     |
| 19. | Bramme, Brett A. |     |
| 20. | Breedlove, Dennis |     |
| 21. | Brigham, James M. |     |
| 22. | Brock, Lou |     |
| 23. | Brogi, Curtis | 17-CV-05199-RBL-DWC |
| 24. | Brooks, Albert |     |
| 25. | Brown, Harold G. |     |
| 26. | Cameron, Gary L. |     |
| 27. | Campbell, Elmer | 17-CV-05165-RBL-DWC |
| 28. | Cannon, Victor K. |     |
| 29. | Cantley, Chris L.<br>aka Cantley, Christopher L. | 16-CV-05536-RBL |
| 30. | Canty, Michael |     |
| 31. | Carver, Joseph |     |
| 32. | Casch, Isaac |     |
| 33. | Chastain, Garner |     |
| 34. | Church, Jamar |     |
| 35. | Coffey, Wayne D. |     |
| 36. | Coley, Gregory |     |
| 37. | Coppin, John P. |     |

ORDER ADDING PARTIES AND
CONSOLIDATING CASES - 2

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

| | Name | Case No, if Applicable |
|---|---|---|
| 38. | Curbow, Donald R. | |
| 39. | Curry, William Jr. | 16-CV-05989-RBL-DWC |
| 40. | Daly, Kim | |
| 41. | Davis, Dale | *17-CV-05163-RBL-DWC |
| 42. | Deaville, Williams D. | |
| 43. | DeCuir, Charles | |
| 44. | Diemert, Bear | |
| 45. | Dillingham, Darin | |
| 46. | Dollicker, Kevin | |
| 47. | Donaghe, Samuel W. | |
| 48. | Duffy, Sean G. | |
| 49. | Dunn, Charles P. | |
| 50. | Durbin, David | |
| 51. | Eason, Michael S. | |
| 52. | Eason, Phillip L. | |
| 53. | Eby, Patrick L. | |
| 54. | Engle, Kurt L. | |
| 55. | Faga, Ausagetalitama | |
| 56. | Farnan, James J. | |
| 57. | Fields, Travis C. | |
| 58. | Flynn, John F. III | |
| 59. | Fox, Harry V. | |
| 60. | Francis, Tremayne | 16-CV-05961-RBL-DWC |
| 61. | Frisina, Ralph A. | |
| 62. | Frye, Richard | |
| 63. | Gass ,Timothy A. | |
| 64. | Gass, Rebecca | |
| 65. | Gillis, Elmer T. | |
| 66. | Gober, Ronald C. | |
| 67. | Goldschmidt, Zachary | |
| 68. | Goodwin, Phillip | |
| 69. | Green, William R. | |
| 70. | Griggs, Lonney D. | |
| 71. | Haller, Kenneth A. Jr. | |
| 72. | Halvorson, Scott aka Raymond Scott Reynolds | |
| 73. | Hammond, Kyle | |
| 74. | Hanson, Erik | |
| 75. | Harell, Paul | |
| 76. | Harris, Dannell | |
| 77. | Harris, Mark | |
| 78. | Hendricks, Ivan W., Jr. | |
| 79. | Herald, Kenneth | |
| 80. | Herrick, Donald | |

ORDER ADDING PARTIES AND
CONSOLIDATING CASES - 3

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

| | Name | Case No, if Applicable |
|---|---|---|
| 81. | Holdren, Daniel | |
| 82. | Houk, Warren E. | |
| 83. | Ingham, John | |
| 84. | Iverson, Paul W. | |
| 85. | Jacobsen, Jeffery | |
| 86. | Johnny, Frank | |
| 87. | Johnson, Gerald | |
| 88. | Kennedy, Grant | |
| 89. | Kent, Darrell | |
| 90. | Kleinman, Lance B. | |
| 91. | Knapp, Stevan J. | |
| 92. | Kokko, Kenneth G. | |
| 93. | Kuehn, Brian | |
| 94. | Lanning, Maverick A. | |
| 95. | Law, Dennis | |
| 96. | Lawson, Joel | |
| 97. | Leck, Jack II aka Abdullah Mujahid | |
| 98. | Lee, Damon S. | |
| 99. | Lee, Gregory W. | |
| 100. | Lewis, David | |
| 101. | Lewis, Michael R. | |
| 102. | Leyva, Ernesto Jr. | |
| 103. | Liptrap, Jeffry | |
| 104. | Lough, Robert E. | 17-CV-05164-RBL-DWC |
| 105. | Love, Ronnie | |
| 106. | Loyle, Mike | |
| 107. | Mackey, Justin | |
| 108. | Marcum, John H. | |
| 109. | Marshall, Raymond A. | |
| 110. | Marten, Curtis | |
| 111. | Martin, Michael | 17-CV-05200-RBL-DWC |
| 112. | Martin, Sheldon | |
| 113. | Mattson, Mark D. | |
| 114. | McCollum, Laura | 16-CV-05552-RBL-DWC |
| 115. | McCuistion, David | |
| 116. | McDowell, Raymond | |
| 117. | McGaffee, Patrick | |
| 118. | Mckown, Todd | |
| 119. | McMahan, James A. Sr. | |
| 120. | McMahon, Timothy J. | |
| 121. | McManus, J.D. | |
| 122. | McMunn, Clinton | |
| 123. | McReynolds, Jesse | 17-CV-05161-RBL-DWC |

ORDER ADDING PARTIES AND
CONSOLIDATING CASES - 4

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

| | Name | Case No, if Applicable |
|---|---|---|
| 124. | Messmen, Raymond J. | |
| 125. | Mirelez, Timothy | 17-CV-05198-RBL-DWC |
| 126. | Moinette, Ryan | |
| 127. | Monroe, Rick | |
| 128. | Morinaga, Mark | |
| 129. | Morris, Terrill K. | |
| 130. | Motley, Winston III | |
| 131. | Mulkins, Chris | |
| 132. | Mullins, Jeremy L. | |
| 133. | Nicholas, Leo | |
| 134. | Obert, J.M. | |
| 135. | Overton, Kevin | |
| 136. | Parsons, Clay F. | |
| 137. | Payne, Jeffrey B. | |
| 138. | Pedersen, Randy | |
| 139. | Perkins, Darren | |
| 140. | Pittman, Dale E. | |
| 141. | Pittman, Michael | |
| 142. | Porter, Robert R. | |
| 143. | Powell, Ricky D. Jr. | |
| 144. | Ransleben, Hubert | |
| 145. | Reimer, Joel | |
| 146. | Reinbold, Michael L. | |
| 147. | Reyes, Rolando | |
| 148. | Ritter, Stephen | |
| 149. | Robinson, Charles | |
| 150. | Robinson, John | |
| 151. | Robinson, Stephen | |
| 152. | Roth, Robert W. | |
| 153. | Roush, Dale | |
| 154. | Rude, Richard | |
| 155. | Rushton, Anthony | |
| 156. | Schoenecker, Scott M. | |
| 157. | Sease, Michael R. | |
| 158. | Serr, Steve | |
| 159. | Shaw, Gary | 17-CV-05162-RBL-DWC |
| 160. | Shoffstall, Jesse D. | |
| 161. | Slauter, Richard | |
| 162. | Smith, Arthur L. Jr. | |
| 163. | Smith, Brian | |
| 164. | Spellman, Steven M. | |
| 165. | Spicer, Jerry E. | |
| 166. | St. John, Eric | |
| 167. | Stadmeyer, Jerrod | |

ORDER ADDING PARTIES AND
CONSOLIDATING CASES - 5

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

| | Name | Case No, if Applicable |
|---|---|---|
| 168. | Stark, Donald | |
| 169. | Stearns, Patrick | |
| 170. | Stecher, Joshua C. | |
| 171. | Stewart, Darrel W. | |
| 172. | Stoudmire, Jerrod D. | |
| 173. | Stout, Roy | |
| 174. | Strong, Darren R. | |
| 175. | Stueve, Gary | |
| 176. | Taylor, George | |
| 177. | Taylor-Rose, Brian | |
| 178. | Ticeson, Calvin | |
| 179. | Timm, Ronald | |
| 180. | Titus, Bennett W. | |
| 181. | Todd, Joe | |
| 182. | Tollefsen, Randy | |
| 183. | Toomey, Thomas | *16-CV-05554-RBL |
| 184. | Townsend, Donald | |
| 185. | Trethewey, Lucas | |
| 186. | Urlacher, Charles R.P. | |
| 187. | West, Gale Edward | 17-CV-05197-RBL-DWC |
| 188. | Williams, Lawrence | |
| 189. | Williams, Thomas P. | |
| 190. | Wood, Garrett | |
| 191. | Wood, Paul B. | |
| 192. | Wrathall, David J. | |
| 193. | Wright, Michael C. | |
| 194. | Wright, Sammy L. | |

It is further

ORDERED that all deadlines ordered by the court in any consolidated cases be stricken and that those cases comply with deadlines set forth in this case.

DATED this 15th day of May, 2017.

_____
David W. Christel
United States Magistrate Judge

ORDER ADDING PARTIES AND
CONSOLIDATING CASES - 6

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157